UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -against-

Jermaine Hughley

                                 Defendant(s).
------------------------------------------------------------X

**COURT EXHIBIT 1**

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

17 -CR- 644 ( ) ( )

Defendant, Jermaine Hughley hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_X_    **Plea**

/s/ Jermaine Hughley by JCM with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_JERMAINE Hughley_
Print Defendant's Name

_Allan Haber_ (signature)
_____
Defendant's Counsel's Signature

_Allan Haber_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_9/10/2020_
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge