**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-

JERMAINE HUGHLEY,

          Defendant.
-------------------------------------------------------X

7:17 Cr. 644 (NSR)
Notice of Motion

Defendant's motion is dismissed as moot as Defendant has entered a guilty plea. Clerk of Court requested to terminate the motion (doc. 243).

Dated: Sept. 30, 2020

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

SIRS:

PLEASE TAKE NOTICE that upon the annexed affirmation of Bruce D. Koffsky, Esq., dated August 4, 2020, the accompanying Memorandum of Law together with all exhibits annexed thereto, and upon all of the pleadings and proceedings contained herein, the defendant JERMAINE HUGHLEY hereby moves this Court, before the Hon. Nelson S. Román, United States District Judge, at the Courthouse located at 300 Quarropas Street, White Plains, New York, for an Order:

1. Directing the government to comply with its discovery obligations under Federal Rule of Criminal Procedure 15 and under <u>Brady</u>;

2. Directing the government to comply with its discovery obligations under <u>Giglio</u>;

3. Directing the government to produce Rule 16(a) and Jencks Act material well in advance of trial;

4. Directing the government to immediately disclosure FRE 404(b) evidence;

5. Directing the government to disclose pre-trial all proposed demonstrative evidence and summary charts;

6. Directing the government to disclose any statements by co-conspirators offered pursuant to FRE 801(d)(2)(e);



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2020

7. Permit Jermaine Hughley to reserve his right to make additional motions as necessary and join in the motions of his codefendants; and

8. For such other and further relief as this Court deems reasonable and proper.

DATED:   White Plains, New York
         August 4, 2020

                                          RESPECTFULLY SUBMITTED,
                                          THE DEFENDANT,
                                          **JERMAINE HUGHLEY**

                                          BY_/s/ Bruce D. Koffsky__
                                             Bruce D. Koffsky, Esq.
                                             Koffsky & Felsen, LLC
                                             1150 Bedford Street
                                             Stamford, CT  06905
                                             Tel.: 203-327-1500
                                             Fax: 203-327-7660

TO:   Clerk of the Court
      United States District Court
      Southern District of New York
      300 Quarropas Street
      White Plains, NY  10601

      Hon. Nelson S. Román
      United States District Court Judge
      Southern District of New York
      300 Quarropas Street
      White Plains, New York 10601

      United States Attorney's Office
      Southern District of New York
      One St. Andrew's Plaza
      New York, NY 10007
      ATTN: AUSA Anden F. Chow/AUSA Sarah R. Krissoff