UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,                    **MEMORANDUM**

          -against-                                         17 Cr. 644 (NSR)


JERMAINE HUGHLEY,

                              Defendant.
------------------------------------------------------------X

TO:  <u>Nelson S. Román, United States District Judge:</u>

      Please find attached a transcript of the September 10, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: October 1, 2020
        White Plains, New York


                                    Respectfully Submitted,


                                     _____
                                     JUDITH C. McCARTHY
                                     United States Magistrate Judge