UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

USA

                                         17 Cr. 644-10 (NSR)

     - against -

JERMAINE HUGHLEY,                      ORDER ACCEPTING
                                         PLEA ALLOCUTION

                        Defendant.

-------------------------------------------------------- X

NELSON S. ROMÁN, U.S.D.J.:

     The Court has reviewed the transcript of the plea allocution in the above-entitled case,

the charging papers, and all other pertinent parts of the record. The Report and Recommendation

of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated October 1, 2020, is

approved and accepted.

                                      SO ORDERED.

                               _____
                               Hon. Nelson S. Román,
                               United States District Judge

Dated: White Plains, NY
       **March 17, 2021**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/17/2021___