MEMO ENDORSED

LAW OFFICES OF

# ALLAN P. HABER, ESQ.

220 East 73rd Street, Suite #1DD
New York, New York 10021

OF COUNSEL
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

ASSOCIATE
JACOB BARCLAY MITCHELL, ESQ.

TELEPHONE: 917-374-4666
E-MAIL: allan@haberesq.com

April 19, 2021

Deft's request to adjourn the
Sentencing from May 4, 2021 until
July 28, 2021 at 10:00 am or,
alternatively, July 29, 2021 at 10:30
am is granted upon the Govt's
consent. Clerk of Court requested
to terminate the motion (doc. 354).
Dated: April 21, 2021

Hon. Nelson S. Roman, U.S.D.J.
United States District Court, S.D.N.Y
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

 Re: United States v. Jermaine Hughley
    17 Cr. 644(NSR) -10

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dear Judge Roman:

    I write to request an adjournment of sentencing on the above matter.  Mr. Hughley has
expressed a desire to be sentenced in person, in Court. Under the circumstances I am requesting a
date sometime in late July or early August  2021.  He is currently recovering from COVID 19,
and has a number of medical issues that need to be addressed before he is sentenced.  He is
requesting a later date because his illness and the inability to visit with him to discuss sentencing
issues has slowed the process down significantly.

    Additionally, we are still waiting for documents and family letters that will be helpful to
the Court in determining what Mr. Hughley's appropriate sentence should be.  The government
consents to this request.

    Thank you for your consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/21/2021

Respectfully,

_____s/s_____
Allan P. Haber, Esq.

APH: fms
cc: AUSA Anden F. Chow
    AUSA Sarah R. Krissoff