

**MEMO ENDORSED**

LAW OFFICES OF
# ALLAN P. HABER, ESQ.
220 East 73rd Street, Suite #1DD
New York, New York 10021

OF COUNSEL
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

ASSOCIATE
JACOB BARCLAY MITCHELL, ESQ.

TELEPHONE: 917-374-4666
E-MAIL: allan@haberesq.com

July 26, 2021

Deft's request to adjourn the in-person Sentencing from July 28, 2021 until Oct. 20, 2021 at 10:00 am or, alternatively, Oct. 21, 2021 at 10:00 am is GRANTED with the Govt's consent.  Clerk of Court requested to terminate the motion (doc. 387).
Dated:  August 30, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Hon. Nelson S. Roman, U.S.D.J.
United States District Court, S.D.N.Y
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: United States v. Jermaine Hughley
 S5 17 Cr. 644(NSR) -10

Dear Judge Roman:

     I write to request an adjournment of sentencing to any date in October 2021, that works for the Court.  Unfortunately, once again, Jermaine Hughley has expressed a desire to have me removed as counsel. As you know we have had a number of differences over the years but I think we have reached an impasse on how to proceed.  I have spoken to Bruce Koffsky, co-counsel on the matter and he has indicated that he is willing to remain on the case until Mr. Hughley is sentenced.

     Historically, Mr. Koffsky and Mr. Hughley have gotten along quite well. They have a longstanding relationship and Mr. Koffsky is thoroughly familiar with the case.  He has been involved as "learned counsel" for a number of years and has a full understanding of the issues involved.

     Additionally, we are still waiting for documents and family letters that will be helpful to the Court in determining what Mr. Hughley's appropriate sentence should be.  The government consents to this request with the understanding that this will be the last request for a continuance.

     Thank you for your consideration.

Respectfully,

_____s/s_____
Allan P. Haber, Esq.

APH: fms
cc: AUSA Anden F. Chow
    AUSA Sarah R. Krissoff