**LAW OFFICES OF**
# KOFFSKY & FELSEN, LLC
1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2021

**MEMO ENDORSED**

October 15, 2021

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Jermaine Hughley**
**7:17-cr-644 (NSR)** -10

Dear Judge Román:

The undersigned, together with Allan Haber and Jacob Mitchell, are appointed counsel for Mr. Jermaine Hughley. Mr. Hughley is currently scheduled to be sentenced before the Court on October 20, 2021. Counsel for Mr. Hughley respectfully request that the court continue the sentencing to November 30, 2021, at 11:00 a.m. (or alternatively, to December 2, 2021, at 11:00 a.m.) for the following reasons.

Undersigned counsel will be on trial before the Court on October 20, 2021. Additionally, as a result of the length of the sentence that Mr. Hughley faces and the mitigation he hopes to present to the Court, the defendant, at sentencing will argue why his guideline calculations suggest a sentence "greater than necessary." In order to adequately prepare for those arguments, counsel for Mr. Hughley are gathering materials which we will refer to at sentencing. We need additional time to gather said material.

I have spoken with AUSA Anden Chow who indicates that the government has no objection to this request. As such, the defendant respectfully requests that Mr. Hughley's sentence be continued to November 30, 2021, at 11:00 a.m. (or alternatively, to December 2, 2021, at 11:00 a.m.) or a date convenient to the Court and all parties.

Respectfully submitted

__/s/_ *Bruce D. Koffsky* __
Bruce D. Koffsky

BDK/me
Encl.
cc:   All Counsel of Record

---

Deft's request for an adjournment of the in-person Sentencing date from Oct. 20, 2021 until Nov. 30, 2021 at 11:00 am with an alternate date of Dec. 2, 2021 at 11:00 am is GRANTED without objection by the Gov't. Clerk of Court requested to terminate the motion (doc. 407).
Dated: Oct. 19, 2021
SO ORDERED:
*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE